# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-22 JVB |
| DAVID VICTOR | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge filed on October 18, 2016, on a plea of guilty by Defendant David Victor (DE 75). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant David Victor, and **FINDS** the Defendant guilty of the offense charged in Count 3 of the indictment.

SO ORDERED on November 7, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge